## AFFIDAVIT OF SERVICE

Index No: **07 CV 3336**

Plaintiff/Petitioner: **LAWRENCE BURLEY AND FRANKLYN JACKSON**

Defendant/Respondent: **CITY OF NEWBURGH, POLICE OFFICER ROBERT VASTA, POLICE OFFICER NICHOLAS CARDINALE, AND UNKNOWN POLICE OFFICERS 1–5**

STATE OF NEW YORK
COUNTY OF ORANGE      ss.:

**CATHERINE EDWARDS**, The undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On **05/22/2007** at **12:53 PM**, I served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT** on **CITY OF NEWBURGH** at **83 BROADWAY** , Newburgh, NY 12550 in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **GEOFFREY E. CHANIN, CORPORATE COUNSEL** of the above named corporation. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **White** | **Gray** | **50–64** | **5'9"–6'0"** | **160–199lbs** |
| Other features: | | | | | |

Sworn to and subscribed before me this
___ day of _____, 20__
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
CATHERINE EDWARDS
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#: Our Job#: 17855

TARA GENTILE
Notary Public, State Of New York
Qualified In Orange County
Registration # 01GE6090838
Commission Expires April 21, 2011