UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: **07 CV 3336**

| Plaintiff/Petitioner: | **LAWRENCE BURLEY AND FRANKLYN JACKSON** |
|---|---|
| Defendant/Respondent: | **CITY OF NEWBURGH, POLICE OFFICER ROBERT VASTA, POLICE OFFICER NICHOLAS CARDINALE, AND UNKNOWN POLICE OFFICERS 1-5** |

STATE OF NEW YORK
COUNTY OF ORANGE        ss.:

**CATHERINE EDWARDS**, The undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On 05/22/2007 at 1:03 PM, I served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT** on **POLICE OFFICER ROBERT VASTA** at **55 BROADWAY , Newburgh, NY 12550** in the manner indicated below:

☑ PUBLIC AGENCY: By serving **ARNOLD AMTHOR, DEPUTY CHIEF OF POLICE** of the above named agency. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Bald | 35-49 | 6' | 160-199lbs |
| Other features: **GLASSES** | | | | | |

Sworn to and subscribed before me this
_____ day of _____, 20__
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

TARA GENTILE
Notary Public, State Of New York
Qualified In Orange County
Registration # 01GE60____
Commission Expires April 21, 2011

X_____
CATHERINE EDWARDS
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#: Our Job#: 17854