UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

LAWRENCE BURLEY and FRANKLYN
JACKSON,

                       Plaintiffs,

-against-

THE CITY OF NEWBURG, POLICE OFFICER
ROBERT VASTA, POLICE OFFICER
NICHOLAS CARDINALE and UNKNOWN
POLICE OFFICERS 1-5,

                       Defendants.
───────────────────────────────── x

07-CV-3336 (SR)

**NOTICE OF CHANGE OF LAW OFFICE ADDRESS**

DATED:    Newburgh, NY
             June 12, 2007

Respectfully,

**COBB & COBB**

By: _/s/ John Cobb_
JOHN COBB (JC 9884)
Attorneys for plaintiffs
724 Broadway
Newburgh, NY 12550
(845) 351-5612