7969-0046/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LAWRENCE BURLEY and FRANKLYN JACKSON,　　　　**STIPULATION EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT**

　　　　　　　　　　　Plaintiffs,

　-against-

CITY OF NEWBURGH, POLICE OFFICER ROBERT VASTA, POLICE OFFICER NICHOLAS CARDINALE, and   07 CV 3336 (SCR)
UNKNOWN POLICE OFFICERS 1-5,

　　　　　　　　　　　Defendants.
-----------------------------------------------------------------x

　　　IT IS HEREBY STIPULATED by and between the parties to this action that defendants time to answer or move with respect to the complaint be extended to July 27, 2007.

DATED:　　Poughkeepsie, New York
　　　　　　June 28, 2007


McCABE & MACK LLP　　　　　　　　　　　　　COBB & COBB

By: _____　　　　　　　By: _____
　　DAVID L. POSNER (0310)　　　　　　　　　　　　JOHN COBB
*Attorneys for Defendants*　　　　　　　　　　*Attorneys for Plaintiffs*
63 Washington Street　　　　　　　　　　　　724 Broadway
P.O. Box 509　　　　　　　　　　　　　　　　Newburgh, NY 12550
Poughkeepsie, NY 12602-0509　　　　　　　　Tel. (845) 351-5612
Tel. (845)486-6800


　　　　　　　　　　SO ORDERED:
　　　　　　　　　　_____
　　　　　　　　　　HON. STEPHEN C. ROBINSON

DATED:　　White Plains, New York
　　　　　　July 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

M<sup>C</sup>CABE & MACK LLP, ATTORNEYS AT LAW, POST OFFICE BOX 509, POUGHKEEPSIE, NY 12602