# COBB & COBB

ATTORNEYS AT LAW

724 BROADWAY, NEWBURGH, NY 12550
TEL: (845) 351-5612  FAX: (845) 565-1035
EMAIL: COBBLAW@AOL.COM

July 18, 2007

**Via Fax: (914) 390-4179**

Hon. Stephen C. Robinson
United States District Court
300 Quarropas St., Room 633
White Plains, NY 10601

*MEMO ENDORSED*

Re:     Lawrence Burley, et al. v. City of Newburgh, et al.
          07-CV-3336 (SCR)

Your Honor:

I represent plaintiff in this matter. As you know, an initial conference has been scheduled for July 27, 2007. Unfortunately, both opposing counsel and I will be on vacation at this time, and we will not be available to attend the conference. The parties therefore jointly request that the initial conference be adjourned to ~~AUGUST 17, 2007.~~  September 7, 2007

Thank you for your attention and consideration. No previous request for this type of relief has been made by the parties.

Sincerely,

*John Cobb*

JOHN COBB (JC9884)

JC/ssc
Encl:  Stated
cc:     David Posner, Esq. (via fax: 845-486-7621)

Initial Conference is adjourned to September 7, 2007 @ 10:00.

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION
7/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: