7969-0046/kag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LAWRENCE BURLEY and FRANKLYN JACKSON,

                          Plaintiffs,      **CONSENT TO CHANGE ATTORNEY**

-against-

                                       07 CV 3336 (SCR)

CITY OF NEWBURGH, POLICE OFFICER ROBERT VASTA,
POLICE OFFICER NICHOLAS CARDINALE, and
UNKNOWN POLICE OFFICERS 1-5,

                          Defendants.
------------------------------------------------------------------x

IT IS HEREBY CONSENTED THAT

                        GELLERT & KLEIN, P.C.

of 75 Washington Street, Poughkeepsie, NY 12602 be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: May 2, 2008

                                                  */s/ McCabe and Mack*
                                                  McCABE & MACK LLP

                                                  */s/ Robert N. Vasta*
                                                  ROBERT VASTA

STATE OF NEW YORK          )
                                    SS.:
COUNTY OF DUTCHESS      )

On the day of June 16, 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared ROBERT VASTA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                DEBORAH MORRILL
        Notary Public, State of New York
               No. 01MO6157255              */s/ Deborah Morrill*
           Residing in Orange County
     Commission Expires December 4, 20 10   Notary Public